Michel F. Mills, SBN 193002
Email - lagunalaw@hotmail.com
JOHN R. COGORNO, SBN 63966
Email - cogorno@msn.com
14121 Beach Boulevard
Westminster, California 92683
Telephone:  714.892-2936
Fax:            714.892-5806

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE GALARZA, Individually and as ADMINISTRATOR OF THE ESTATE OF JOSEPH ANTHONY GALARZA, DECEASED<br><br>   Plaintiff,<br><br>vs.<br><br>THE CITY OF SANTA ANA, et al.,<br><br>   Defendants,<br>_____ | Case No: SACV 10-01078 AG (FFMx)<br><br>**JUDGMENT PURSUANT TO FRCP RULE 68** |

     Pursuant to the Offer of Judgment (F.R.C.P. 68) of Defendants City of Santa Ana and Jason Garcia and Plaintiff Charlene Galarza's Notice of Acceptance of Defendants Offer of Judgment, both of which were filed on July 13, 2012, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover from said Defendants as follows:

     1.    The sum of seventy five thousand dollars ($75,000.00), which sum shall include all costs and attorney fees otherwise recoverable in this action which have accrued to the date hereof,  in favor of Plaintiff Charlene Galarza and against Defendants City of Santa Ana and Jason Garcia jointly for any and all claims of damages alleged by said Plaintiff.

-1-

This judgment applies to all claims and causes of action asserted against Defendants City of Santa Ana and Jason Garcia by Plaintiff Charlene Galarza, individually and as Administrator of the Estate of Joseph Galarza, deceased.

DATED: July 31, 2012

_____
Honorable Andrew Guilford, United States District Judge

Proposed by:

   /s/ John R. Cogorno
JOHN R. COGORNO, Attorney for Plaintiff,